# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: PAUL D. FOSTER & MISTY M. FOSTER  Case Number: 07-70225
1001 MINNS DRIVE, APT. 3   SSN-xxx-xx-9181 & xxx-xx-7361
MACHESNEY PARK, IL  61115

Case filed on: 2/1/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,520.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,500.00 | 2,500.00 | 1,203.04 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,203.04 | 0.00 |
| 017 | PAUL D. FOSTER | 0.00 | 0.00 | 420.00 | 0.00 |
| 998 | PAUL D. FOSTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 420.00 | 0.00 |
| 001 | AMCORE BANK NA | 2,283.98 | 2,283.98 | 674.05 | 90.95 |
|  | Total Secured | 2,283.98 | 2,283.98 | 674.05 | 90.95 |
| 002 | LVNV FUNDING LLC | 3,719.11 | 371.91 | 0.00 | 0.00 |
| 003 | GENERATIONS CREDIT UNION | 1,925.97 | 192.60 | 0.00 | 0.00 |
| 004 | HEALTHCARE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 643.12 | 64.31 | 0.00 | 0.00 |
| 006 | KOHLS/CHASE BANK USA NA | 173.86 | 17.39 | 0.00 | 0.00 |
| 007 | MISSISSIPPI DEPT OF EMPLOYMENT SECURITY | 2,179.70 | 217.97 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 1,370.17 | 137.02 | 0.00 | 0.00 |
| 009 | PAIN MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECMC | 21,268.88 | 2,126.89 | 0.00 | 0.00 |
| 011 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 3,095.03 | 309.50 | 0.00 | 0.00 |
| 012 | ECMC | 16,382.78 | 1,638.28 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 1,381.33 | 138.13 | 0.00 | 0.00 |
| 014 | SUNTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | THOMAS H. MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 52,139.95 | 5,214.00 | 0.00 | 0.00 |
|  | Grand Total: | 56,923.93 | 9,997.98 | 2,297.09 | 90.95 |

Total Paid Claimant:     $2,388.04
Trustee Allowance:       $131.96        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan